UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL COE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2658** |
| **N. BURL CAIN** | **SECTION "G"(1)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_\_X\_\_\_   a certificate of appealability shall not be issued for the following reason(s):

Petitioner has failed to make a substantial showing of the denial of a constitutional right for the reasons set forth in the Report and Recommendation. The determinations therein would not engender debate among reasonable jurists.[1]

New Orleans, Louisiana, this __30th__ day of _____August_____, 2013.

*[signature: Nannette Jolivette Brown]*

**UNITED STATES DISTRICT JUDGE**

---

[1] *Miller-El v. Cockerell*, 537 U.S. 322, 336 (2003) (holding that the "controlling standard" for a certificate of appealability requires "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further") (internal quotations omitted)).